KATHERINE PARKER
Assistant United States Attorney
Chief, Civil Division
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 557-7140

BRIAN BOYNTON
Principle Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
Torts Branch, Civil Division, Admiralty
KYLE FRALICK
Trial Attorney
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648
          (415) 436-6647
E-mail: eric.kaufman-cohen@usdoj.gov
        kyle.fralick@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC. | Case No.: 3:22-cv-741-LAB-BLM |
| | IN ADMIRALTY |
| Plaintiff, | |
| vs. | |
| | DECLARATION OF ALEXANDER GORDON IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(1) |
| UNITED STATES OF AMERICA, through the DEPARTMENT OF THE NAVY, | |
| Defendant. | |

DECLARATION OF
ALEXANDER GORDON                                            Case No. 3:22-cv-741-LAB-BLM

I, Alexander Gordon, herby declare based upon personal knowledge, or information provided to me in my official capacity, as follows:

1. I am the Navy's Contracting Officer currently assigned to contract No. N00024-18-C-4404, which is to "prepare for and accomplish repair and alterations onboard USS BONHOMME RICHARD (LHD 6) during FY18 Docking Phased Maintenance Availability (DPMA)." The Navy awarded this contract to National Steel and Shipbuilding Co. ("NASSCO") on September 4, 2018. A true and correct copy of contract No. N00024-18-C-4404 is attached hereto as Exhibit "A".

2. On April 29, 2022, NASSCO submitted to Navy's Southwest Regional Maintenance Center ("SWRMC"), as its governmental contractual counterparty, a Request for Equitable Adjustment ("REA") in accordance with Defense Financial Acquisition Regulation ("DFAR") 252.243-7002 concerning property that was lost in the fire that occurred on USS BONHOMME RICHARD in July 2020. A true and correct copy of NASSCO's REA is attached hereto as Exhibit "B".

3. NASSCO's REA includes the property and material it lost in the fire and the REA sponsors the claims of nine sub-contractors that lost property or material in the fire. One of the sub-contractors with a claim in the REA is California Marine Cleaning, Inc. ("Cal Marine" or "CMC").

4. As the Contracting Officer currently assigned to this contract, I am responsible for reviewing and responding to NASSCO's REA.

5. On May 18, 2022, after reviewing the REA, I requested additional information from NASSCO in support of its claim, including, amongst other things, certified cost and pricing data.

6. Over the subsequent month, I corresponded with NASSCO's representative for the REA. During that time, I asked NASSCO about the most recent Condition Found Report submitted before the fire as well as for a copy of its insurance policy and that of those sub-contractors whose claims NASSCO was sponsoring in its REA.

7. While collecting the requested insurance information from its sub-contractors, on September 13, 2022, NASSCO communicated to me that Cal Marine had provided to NASSCO its insurance information for the REA. Cal Marine also informed NASSCO, which NASSCO relayed to me by email, that it "has submitted a separate claim against the Navy, but has committed to NASSCO that if this REA is settled they will withdraw their separate claim; and vice-versa." Attached hereto as Exhibit "C" is a true and correct copy of the email dated September 13, 2022, I received from Les Girard, Manager, Repair Contracts, NASSCO.

8. Currently, I am reviewing the additional information NASSCO has provided concerning its REA, including as it pertains to the claim from sub-contractor Cal Marine that NASSCO is sponsoring as the prime contractor.

9. To date, none of the sub-contractors included in NASSCO's REA have communicated to me a desire to withdraw their claim and not participate in the REA. The Navy is reviewing each of these claims in accordance with applicable law and regulation.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 19, 2022

*Alexander M Gordon*

ALEXANDER GORDON