TARA K. MCGRATH
United States Attorney
KATHERINE PARKER
Assistant United States Attorney
Chief, Civil Division
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 557-7140

BRIAN BOYNTON
Principle Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
Torts Branch, Civil Division, Admiralty
KYLE FRALICK
Trial Attorney
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648
         (415) 436-6647
E-mail: eric.kaufman-cohen@usdoj.gov
        kyle.fralick@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC. <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, through the DEPARTMENT OF THE NAVY, <br><br> Defendant. | Case No.: 3:22-cv-741-LAB-BLM <br><br> IN ADMIRALTY <br><br> DECLARATION OF KYLE FRALICK IN SUPPORT OF THE UNITED STATES' MOTION IN LIMINE NO. 1 TO EXCLUDE NON-DISCLOSED WITNESSES |

DECLARATION OF
KYLE FRALICK                                        Case No. 3:22-cv-741-LAB-BLM

I, Kyle Fralick hereby declare based upon personal knowledge, or information provided to me in my official capacity, as follows:

1. I am a Trial Attorney for the U.S. Department of Justice West Coast Office, Civil Division, Torts Branch, Admiralty Litigation Section.  Along with the Attorney-in-Charge of the office, Mr. Eric Kaufman-Cohen, I represent the United States in this matter.

2. On August 30, 2022, Counsel for Plaintiff California Marine Cleaning, Inc. ("Cal Marine") served its initial disclosures on the United States, a true and correct copy of which is attached hereto as Exhibit "A."

3. On December 4, 2023, Cal Marine served its Pretrial Disclosures on the United States, identifying and disclosing for the first time several witnesses.  On December 4, 2023, the United States sent Counsel for Cal Marine a letter regarding these disclosures, a true and correct copy of which is attached hereto as Exhibit "B."

4. At 5:45 p.m. on January 19, 2024, Cal Marine served its Supplement to Initial Disclosures Under Federal Rule of Civil Procedure 26.  Attached hereto as Exhibit "C" is a true and correct said disclosure.

5. On August 30, 2022, as part of its initial disclosures, Cal Marine produced to the United States a string of emails dated from September to October 2020, between Francisco Medina and Matt Carr concerning Cal Marine's lost property, a true and correct copy of which is attached hereto as Exhibit "D."

5. Through attorneys at the Department of the Navy, on December 1, 2023, Counsel for the United States learned that Counsel for Cal Marine had contacted Vice Admiral Scott Conn via social media and by letter.  The Navy forwarded two communications Vice Admiral Conn received from Cal Marine's Counsel, true and correct copies of which are attached hereto as Exhibits "E" and "F."

//
//
//

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 12, 2024

s/ *Kyle Fralick*
KYLE FRALICK

# CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2024, a true and correct copy of the foregoing DECLARATION OF KYLE FRALICK IN SUPPORT OF THE UNITED STATES' MOTION *IN LIMINE* NO. 1 TO EXCLUDE NON-DISCLOSED WITNESSES was served electronically through CM/ECF on:

WALT PENNINGTON
wpennington@pennfirm.com
PENNINGTON LAW FIRM

Attorney for Plaintiff
CALIFORNIA MARINE
CLEANING, INC.

                          /s/Kyle Fralick
                          KYLE FRALICK