WALT PENNINGTON SBN 214470
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
*Attorney for California Marine Cleaning, Inc., Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Defendant. | Case No. 3:22-cv-00741-LAB-BLM<br><br>PLAINTIFF'S SUPPLEMENT TO INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26 |

To Defendant United States of America and its attorneys, Plaintiff California Marine Cleaning, Inc. ("CMC" or "disclosing party"), hereby submits the following disclosures under Federal Rule of Civil Procedure 26 ("Rule 26".)

1. **Rule 26(a)(1)(A)(i)** – The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support his or her claims or defenses unless the use would be solely for impeachment:

| Name of Individual | Contact Information (Address and Telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| Joshua Carr | 2049 Main St, San Diego, CA 92113<br>(619) 231-8788 | CMC's Material on the USS Bonhomme Richard, value and damages. |

| Kirk Boettner | 2049 Main St, San Diego, CA 92113<br>(619) 231-8788 | CMC's Material on the USS Bonhomme Richard, value and damages. |
|---|---|---|
| Matt Carr | 2049 Main St, San Diego, CA 92113<br>(619) 231-8788 | CMC's Material on the USS Bonhomme Richard, value and damages. |

### SUPPLEMENT TO WITNESSES – DEFENDANT'S EMPLOYEES

All of the following witnesses are employed by Defendant United States and are named in a document supplied to Defendant United States in the initial disclosure on August 30, 2022.

| Defendant's Employee's Name | Contact Information (Address and Telephone Number) | Where identified in Initial Disclosures, Complaint, or Other | Subject Matter of Discoverable Information |
|---|---|---|---|
| Scott Conn, Vice Admiral, US Navy (retired) | SD Conn LLC<br>2040 Linglestown Road<br>Suite 109<br>Harrisburg, PA 17119<br>757-477-2006 | Department of the Navy command investigation into the BHR fire dated 2021 09 15 pp . 1 and 429.<br><br>Plainitff's Complaint refers to the report. | The findings and investigation of the USS Bonhomme Richard as found in the 434 page Major Fires Report Dated September 15, 2021, quoted in in Plaintiff's complaint ¶¶ 19-20 and identified and provided with Plaintiff's initial disclosures on August 30, 2022 lists the investigation of Admirals Conn, Miller and Kott related to the fire on the USS Bonhomme Richard, the findings of negligence of the United |

Plaintiff's Supplement to Initial Disclosures under Federal Rule of Civil Procedure 26

PENNINGTON LAW FIRM
3304 30TH STREET
SAN DIEGO, CA 92104-4535

| Defendant's Employee's Name | Contact Information (Address and Telephone Number) | Where identified in Initial Disclosures, Complaint, or Other | Subject Matter of Discoverable Information |
|---|---|---|---|
| | | | States and the anticipated testimony of this witness.<br><br>Admiral Conn oversaw the investigation on the USS Bonhomme Richard. |
| DeWolfe Miller, III Vice Admiral, US Navy (retired) | Huntington Ingalls Industries, Inc. 2451 Crystal Drive Suite 1100 Arlington, VA 22202 757-380-2000 | Department of the Navy command investigation into the BHR fire dated 2021 09 15 p. 429<br><br>Plainitff's Complaint refers to the report. | The findings and investigation of the USS Bonhomme Richard as found in the 434 page Major Fires Report Dated September 15, 2021, quoted in in Plaintiff's complaint ¶¶ 19-20 and identified and provided with Plaintiff's initial disclosures on August 30, 2022 lists the investigation of Admirals Conn, Miller and Kott related to the fire on the USS Bonhomme Richard, the findings of negligence of the United States and the anticipated testimony of this witness. |
| Timothy Jon Kott, Rear Admiral, US Navy (retired) | 3025 Browning Street San Diego, CA 92106 808-292-6306 | Department of the Navy command investigation into the BHR fire dated 2021 09 15 | The findings and investigation of the USS Bonhomme Richard as found in the 434 page Major Fires Report Dated September 15, 2021, |

Plaintiff's Supplement to Initial Disclosures under Federal Rule of Civil Procedure 26

| Defendant's Employee's Name | Contact Information (Address and Telephone Number) | Where identified in Initial Disclosures, Complaint, or Other | Subject Matter of Discoverable Information |
|---|---|---|---|
| | | p. 4290<br><br>Plainitff's Complaint refers to the report. | quoted in in Plaintiff's complaint ¶¶ 19-20 and identified and provided with Plaintiff's initial disclosures on August 30, 2022 lists the investigation of Admirals Conn, Miller and Kott related to the fire on the USS Bonhomme Richard, the findings of negligence of the United States and the anticipated testimony of this witness. |
| Leslie Girard | NASSCO 2798 Harbor Drive San Diego, CA 92113 619-544-8696 | ECF 9-1, Dec. of Alexander Gordon, p. 3:7, ¶ 7, filed October 19, 2022<br><br>ECF 9-3, Gordon Exhibit, pp. 2-3, 8-10, 13-16, 36-38, 50-54, 57-58, 74, 94, 98-99, 101-102, 105-106, 109, 120-122, 135<br><br>ECF-9-5, Dec. of Defense Counsel, Eric Kaufman- | Defendant knew of Les Girard and cited to him in the Declaration of Defense attorney Eric Kaufman-Cohen.<br><br>In May 2023, after the close of discovery, the Government granted NASSCO's request for equitable adjustment on the contract.<br><br>Leslie Girard became relevant to this litigation after the United States granted the request for equitable adjustment |

PENNINGTON LAW FIRM
3304 30TH STREET
SAN DIEGO, CA 92104-4535

| Defendant's Employee's Name | Contact Information (Address and Telephone Number) | Where identified in Initial Disclosures, Complaint, or Other | Subject Matter of Discoverable Information |
|---|---|---|---|
| | | Cohen, p. 2:14, ¶ 3, filed October 19, 2022. | because granting the request was the government's admission of liability.<br><br>Plaintiff California Marine Cleaning moved to reopen discovery to allow discovery concerning the granting of the request for equitable adjustment. The Government opposed the motion. The court denied the request to reopen discovery. |
| Alexander Gordon, U.S. Government's Contracting Officer | NAVSEA SWRMC 3755 Brinser St Ste 1 San Diego, CA 92136-5299 619-556-1155 | ECF 9-1, Dec. of Alexander Gordon. | Alexander Gordon is the contracting officer on the USS Bonhomme Richard contract. Defendant knew of Alexander Gordon because they used his declaration at ECF 9-1.<br><br>In May 2023, Alexander Gordon granted NASSCO's request for equitable adjustment on the contract related to the fire on the USS Bonhomme Richard. |

PENNINGTON LAW FIRM
3304 30TH STREET
SAN DIEGO, CA 92104-4535

| Defendant's Employee's Name | Contact Information (Address and Telephone Number) | Where identified in Initial Disclosures, Complaint, or Other | Subject Matter of Discoverable Information |
|---|---|---|---|
| | | | Alexander Gordon became relevant to this litigation because granting the request was the government's admission of liability. |

2. **Rule 26(a)(1)(A)(ii)** – A copy – or a description by category and location –of all documents, electronically stored information, and tangible things that the disclosing party has in his or her possession, custody, or control and may use to support his or her claims or defenses unless the use would be solely for impeachment. (Please note that the disclosing party may either produce the documents, electronically stored information, and tangible things or fill in the table below.)

Plaintiff's documents are attached.

Exhibit 1. NASSCO request for price dated December 13, 2017.

Exhibit 2. NASSCO purchase order number MUH753607-N

Exhibit 3. Email dated 2020 07 20 from J Carr to T Huber.

Exhibit 4. Email dated 2020 07 20 from J Carr to M Carr.

Exhibit 5. Email dated 2020 09 22 from M Carr to F Medina.

Exhibit 6. Email dated 2020 09 22 from J Carr to M Carr.

Exhibit 7. Email dated 2020 09 22 from J Carr to M Carr.

Exhibit 8. Email dated 2020 09 22 from M Carr to F Medina.

Exhibit 9. Email dated 2020 09 24 from B Goetesch to Liberty Mutual.

Exhibit 10. Email dated 2020 09 25 from B Goetesch to Liberty Mutual.

Plaintiff's Supplement to Initial Disclosures under Federal Rule of Civil Procedure 26

Exhibit 11. Email dated 2020 09 25 from B Goetesch to M Carr.

Exhibit 12. Email dated 2020 09 25 from B Goetesch to M Carr.

Exhibit 13. Email dated 2020 10 01 from T Miller to M Carr.

Exhibit 14. Email dated 2020 10 06 from M Carr to F Medina.

Exhibit 15. Email dated 2020 10 06 from F Medina to M Carr.

Exhibit 16. Email dated 2020 10 07 from E Quintero to M Carr.

Exhibit 17. Email dated 2020 10 07 from T Miller to M Carr.

Exhibit 18. Email dated 2020 10 07 from M Carr to B Goetsch.

Exhibit 19. Email dated 2020 10 07 from B Goetsch to M Carr.

Exhibit 20. Email dated 2020 10 07 from M Carr to F Medina.

Exhibit 21. Email dated 2020 10 07 from M Carr to B Goetsch.

Exhibit 22. Email dated 2020 10 07 from S Martinez to M Carr.

Exhibit 23. Email dated 2020 10 07 from M Carr to T Miller.

Exhibit 24. Email dated 2020 10 08 from F Medina to M Carr.

Exhibit 25. Email dated 2020 10 12 from T Huber to M Carr.

Exhibit 26. Email dated 2020 10 16 from T Huber to M Carr.

Exhibit 27. Email dated 2020 11 11 from T Huber to M Carr.

Exhibit 28. Email dated 2020 12 23 from J Carr to M Carr.

Exhibit 29. Email dated 2021 10 15 from K Boettner to A Watson.

Exhibit 30. Email dated 2021 12 15 from K Boettner to A Watson.

Exhibit 31. Change order price analysis dated 2020 12 23.

Exhibit 32. Inspection deficiency report number 20071-0004.

Exhibit 33. Major fires review dated 2021 07 15.

Exhibit 34. Department of the Navy command investigation into the BHR fire dated 2021 09 15.

Exhibit 35. California Marine cleaning inventory list for BHR.

Exhibit 36. Navy Times article dated 2021 12 06.

Exhibit 37. Blank

Exhibit 38. California air resources Board report dated May 2022.

Exhibit 39. Task and purpose article dated 2022 07 06.

Exhibit 40. United States Navy press release dated 2022 07 15.

Exhibit 41. Letter from the Sec. of the Navy to Vice Admiral Brown dated 2022 07 15.

Exhibit 42. Image of the BHR on fire.

## SUPPLEMENTAL EXHIBITS

In December 2023, NASSCO voluntarily disclosed its request for equitable adjustment worksheet

Exhibit 43. NASSCO Request for Equitable Adjustment Pricing Worksheet – Rev A.

Exhibit 44. NASSCO Request for Equitable Adjustment Pricing Worksheet – Rev B. (Delivered by NASSCO to Plaintiff in December 2023.)

Exhibits delivered on December 22, 2023 and opened were subsequent purchases by California Marine Cleaning of similar products to those used on the USS Bonhomme Richard. These are not exhibits that California Marine Cleaning will use it its case in chief.

| | |
|---|---|
| 2 inch ball | Opened 12/24/2023 02:51 PM PST |
| 2 inch pump | Opened 12/24/2023 02:52 PM PST |
| 2 inch pump 3482 | Opened 12/24/2023 02:53 PM PST |
| 2 inch pump 3578 | Opened 12/24/2023 02:53 PM PST |
| 2 inch pump 6080 | Opened 01/02/2024 03:16 PM PST |
| 2 inch Wve 3790 | Opened 01/02/2024 03:17 PM PST |
| 2 inch Wve 5273 | Opened 01/02/2024 03:20 PM PST |
| 3-4 Inch 8668 | Opened 01/02/2024 03:21 PM PST |
| 3-4 inch Wve 5273 | Opened 01/02/2024 03:22 PM PST |
| 3-4 Inch Wve | Opened 01/02/2024 03:23 PM PST |

| | | |
|---|---|---|
| | 3 Inch ball value 3318 | Opened 01/02/2024 03:24 PM PST |
| | 3in wve also parts for 3in manifold 3602 | Opened 01/02/2024 03:24 PM PST |
| | 20 ft 1.5 in chemical PO 3188 | Opened 01/02/2024 03:25 PM PST |
| | 25 ft 2 in PO 5880 | Opened 01/02/2024 03:26 PM PST |
| | 25 ff 1.5 in PO 5981 | Opened 01/02/2024 03:27 PM PST |
| | 50 ft 3 inch PO 6068 | Opened 01/02/2024 03:28 PM PST |
| | 50ft 3 in PO 3473 | Opened 01/02/2024 03:29 PM PST |
| | 50ft air 3 fourths in PO 3867 | Opened 01/02/2024 03:30 PM PST |
| | 100 ft 2 in PO 5186 | Opened 01/02/2024 03:30 PM PST |
| | 100 ft 3 in PO 3473 (2) | Opened 01/02/2024 03:31 PM PST |
| | 100 ft 3 in PO 3893 | Opened 01/02/2024 03:32 PM PST |
| | 500 ft wash 1 in PO 3987 | Opened 01/02/2024 03:33 PM PST |
| | Gauge 5.000 PO 3676 | Opened 01/02/2024 03:34 PM PST |
| | Gauges PO 6695 | Opened 01/02/2024 03:34 PM PST |
| | Pressure gauge PO 6518 | Opened 01/02/2024 03:35 PM PST |
| | Pressure Washer 2703 | Opened 01/02/2024 03:36 PM PST |
| | Presure gauge 20.000 PO 3560 | Opened 01/02/2024 03:37 PM PST |
| | PW 1.5 in PO 3425 (2) | Opened 01/02/2024 03:37 PM PST |
| | PW 3 eights in PO 3425 | Opened 01/02/2024 03:38 PM PST |
| | various size wves 3701 | Opened 01/02/2024 03:39 PM PST |
| | water 3 fourths in PO 3610 | Opened 01/02/2024 03:40 PM PST |

3. **Rule 26(a)(1)(A)(iii)** – A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material (unless privileged or

Plaintiff's Supplement to Initial Disclosures under Federal Rule of Civil Procedure 26

protected from disclosure) on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

    Property damage - $556,225

    Administrative costs related to the loss. $81,200.

    Loss of use of the property. $105,000.

4. **Rule 26(a)(1)(A)(iv)** – For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

    None.

January 19, 2024
s/ Walt Pennington SBN 214470
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
*Attorney for California Marine Cleaning, Inc., Plaintiff*

**CERTIFICATE OF SERVICE**

I, certify that on January 19, 2024, a true and correct copy of the Plaintiff's Supplement to Initial Disclosures under Federal Rule of Civil Procedure 26 is sent via electronic mail to the following:

Kyle Fralick, kyle.fralick@usdoj.gov

Eric Kaufman-Cohen, eric.kaufman-cohen@usdoj.gov

s/ Walt Pennington SBN 214470