**From:** Medina, Francisco FMedina@nassco.com
**Subject:** RE: BHR - Nassco fire
**Date:** October 6, 2020 at 4:46 PM
**To:** Matt Matt@calmarineinc.com
**Cc:** Josh Josh@calmarineinc.com



Good afternoon,

My apologies for the delayed response. However, I decided to look at not only the PO in place for the BHR work that Cal Marine was performing for NASSCO, but also all other PO that have been awarded to Cal Marine in search of special terms and condition that might have been applicable to type of work the company might have conducted over NASSCO's contracts.

After the review, all PO's relevant to Cal Marine cite the Standard MIL-GEN Terms and Conditions at different revisions throughout the years. The specific TOC's applicable to the BHR Cal Marine's work being issued as of August 2, 2016 Rev P.

This confirms what we had discussed regarding the insurance provisions provided to NASSCO as an additional insured under Cal Marine's General Liability as stated in the attached COI. Cal Marine should tender its claim for the loss suffered during the fire of the Navy Vessel USS Bonhomme Richard (LHD-6) at the Navy Base on July 12, 2020, which rested under the care and custody of the US Navy at the time of the event.

For reference, I have attached the NASSCO PO MUH753607 and the indemnity clause included as part of NASSCO's Standard MIL-GEN Terms and Conditions applicable to this contract. NASSCO's Terms and Condition can be found at the following link: https://nassco.com/suppliers/doing-business-with-us/terms-conditions/

Please let me know if you have any questions.

Regards,
Francisco

**GENERAL DYNAMICS**
**NASSCO**

**Francisco Medina** . *Audit & Risk Manager*
General Dynamics NASSCO
2798 East Harbor Drive, San Diego, CA 92113
M/S 2MV-2C
📞 (619) 544-8696    ✉ *fmedina@nassco.com*

THIS MESSAGE IS INTENDED ONLY FOR USE BY THE INDIVIDUAL(S) TO WHOM ADDRESSED AND MAY CONTAIN INFORMATION THAT IS GENERAL DYNAMICS PRIVATE INFORMATION THAT IS PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION OR COPYING IS STRICTLY PROHIBITED. YOU ARE ASKED TO DISREGARD AND DELETE THIS MESSAGE WITH ANY ATTACHMENTS AND DESTROY ALL COPIES IN ANY FORM.  THANK YOU IN ADVANCE FOR YOUR COOPERATION.

**From:** Matt <Matt@calmarineinc.com>
**Sent:** Tuesday, October 06, 2020 2:02 PM
**To:** Medina, Francisco <FMedina@nassco.com>
**Cc:** Josh <Josh@calmarineinc.com>
**Subject:** RE: BHR - Nassco fire

Good afternoon Mr. Medina. I am following up on this email that I sent on September 22nd and the telephone conversation on September 23rd pertaining to the fire onboard the USS Bonhome Richard and the losses that Cal Marine sustained as a result. When we last spoke, you indicated that you needed to do some research to determine whether or not we (Cal Marine) would be compensated for our loss of equipment due to the fire either by the US Navy, or Nassco . As I am  sure you are aware, all of the equipment we had onboard at the time of the fire was consumed by the fire and is a total loss in excess of $500,000 worth of equipment that we must now replace. I have notified my legal counsel and advised them that I am waiting for a response back from Nassco  so we can determine our next steps moving forward.  Please advise.
V/R
Matt

**Matt Carr
Pres/CEO
Cell:    619-813-0504
Office: 619-231-8788**
matt@marinecleaning.com



**From:** Matt <Matt@calmarineinc.com>
**Sent:** Tuesday, September 22, 2020 5:14 PM
**To:** Fmedina@nassco.com
**Subject:** Re: BHR - Nassco fire

Good Afternoon Francisco. I tried sending you an email earlier this afternoon, but I am working from home on my iPad and I don't see as where it went thru. My name is Matt Carr and I am the Pres/CEO of California Marine Cleaning, Inc.( Cal Marine) I have been given your name as the POC for filing a claim for  losses sustained  as a result of the fire on USS Bonhomme Richard. We previously submitted a list of equipment that we had onboard at the time of the fire. As far as we have been able to determine, it was a total loss. I/we need to know what it is that we need to do/what you need from us in order to file a claim.
Please advise.
V/R
Matt
Matt Carr
Pres/CEO
619-813-0504

Get Outlook for iOS

**From:** matt@calmarineinc.com <matt@calmarineinc.com>
**Sent:** Tuesday, September 22, 2020 4:47 PM
**To:** Fmedina@nassco.com
**Subject:** Fwd: BHR - Nassco fire


Get Outlook for iOS

**From:** matt@calmarineinc.com <matt@calmarineinc.com>
**Sent:** Tuesday, September 22, 2020 3:07 PM
**To:** Josh
**Subject:** Re: BHR - Nassco fire

Ok, got it!

Get Outlook for iOS

**From:** Josh <Josh@calmarineinc.com>
**Sent:** Tuesday, September 22, 2020 3:06:37 PM
**To:** Matt <Matt@calmarineinc.com>
**Subject:** RE: BHR - Nassco fire

Yes this is what we have to go with and the list has been submitted to Nassco.

Risk Management – Francisco Medina – 619-544-8696 – Fmedina@nassco.com


*Joshua Carr*
*Vice President*
*General Manager*

cal MARINE
(619) 231-8788
2045 Main St., San Diego, CA 92113

**From:** Matt <Matt@calmarineinc.com>
**Sent:** Tuesday, September 22, 2020 3:04 PM
**To:** Josh <Josh@calmarineinc.com>
**Subject:** Re: BHR - Nassco fire

Ok, so this is all that we have to go with, is that correct?I believe we have already submitted this list to Nassco— Do you have a POC that i can contact?

Get Outlook for iOS

**From:** Josh <Josh@calmarineinc.com>
**Sent:** Tuesday, September 22, 2020 2:54:13 PM

**Sent:** Tuesday, September 22, 2020 2:54:13 PM
**To:** Matt <Matt@calmarineinc.com>
**Subject:** RE: BHR - Nassco fire

As of now, we have not been able to recover any equipment or inspect it to know what the status of the damage is. We are considering it a total loss as of now.

*Joshua Carr*
*Vice President*
*General Manager*

[Cal Marine logo – (619) 231-8788 – 2049 Main St., San Diego, CA 92113]

---

**From:** Matt <Matt@calmarineinc.com>
**Sent:** Tuesday, September 22, 2020 12:37 PM
**To:** Josh <Josh@calmarineinc.com>
**Subject:** Re: BHR - Nassco fire

Yea, I think that is one I should take. Get me the info I need from Nassco to make a claim and I will take it for action. Thx J
Matt

Get Outlook for iOS

---

**From:** Josh <Josh@calmarineinc.com>
**Sent:** Tuesday, September 22, 2020 12:13:40 PM
**To:** Matt <Matt@calmarineinc.com>
**Subject:** BHR - Nassco fire

Just spoke with NASSCO. They are telling us we need to file a claim for any and all equipment lost on the BHR fire. Would you like to take this for action?

*Joshua Carr*
*Vice President*
*General Manager*

[Cal Marine logo – (619) 231-8788 – 2049 Main St., San Diego, CA 92113]

ATTN: "This email communication, including any attachments transmitted with it are confidential, may be subject to legal privileges and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee or received this communication in error, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received

or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

ATTN: "This email communication, including any attachments transmitted with it are confidential, may be subject to legal privileges and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee or received this communication in error, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

ATTN: "This email communication, including any attachments transmitted with it are confidential, may be subject to legal privileges and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee or received this communication in error, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

ATTN: "This email communication, including any attachments transmitted with it are confidential, may be subject to legal privileges and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee or received this communication in error, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

ATTN: "This email communication, including any attachments transmitted with it are confidential, may be subject to legal privileges and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee or received this communication in error, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

ATTN: "This email communication, including any attachments transmitted with it are confidential, may be subject to legal privileges and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee or received this communication in error, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

  

  

PO MUH7...5R.pdf     Indemnity & Insuran...df.docx     California Marine...20.pdf