Scott Conn

Dear Admiral Conn,

I'm Walt Pennington an attorney for a government subcontractor who worked on the USS Bonhomme Richard at the time of the July 12, 2021 fire. My client, California Marine Cleaning, Inc. has a lawsuit against the United States in the United States District Court for the Southern District of California (San Diego). The case number is 22-cv-00741-LAB-BLM. My client is planning to subpoena you to testify at the trial, which will likely be in early February 2024. Is there a time that I could talk with you about your investigation and the trial? I'm happy to pay you for your time to discuss your investigation and the trial. I would also like to speak with you concerning whether you would voluntarily accept service of the trial subpoena.

My understanding is that you are retired from the Navy and are not currently an employee of the United States Government. If this is incorrect and you are a current employee of the United States Government, could you please email me that you are currently an employee of the United States?

Sincerely,
Walt Pennington
619-940-6157, wpennington@pennfirm.com

Exhibit E, Page 1 of 1