PENNINGTON LAW FIRM
3304 30TH STREET
SAN DIEGO, CA 92104-4535
(619) 940-6157
PENNFIRM.COM

December 1, 2023

Vice Admiral Scott Conn, USN, retired
771 Mine Road
Lebanon, PA 17042-8955

Re:     2021 USS Bonhomme Richard Fire Investigation
        US Dist. Ct. Southern District of California
        22-cv-00741 – Cal. Marine Cleaning, Inc. v. U.S.

Dear Admiral Conn:

I'm writing concerning your investigation of the 2021 USS Bonhomme Richard ("BHR") fire in San Diego and my client's need for your testimony at the trial which will likely start in February 2024. My client is willing to pay for your time and expense to have you appear as a witness to testify.

In 2021, NASSCO was a general contractor to the United States performing repair work on the BHR. California Marine Cleaning, Inc. ("CMC") was a NASSCO subcontractor performing tank cleaning on the BHR in July 2021. The fire destroyed over $500,000 of CMC's equipment.

The United States did not pay CMC for its losses. CMC sued the United States to recover its losses in the United States District Court for the Southern District of California, located in San Diego. The United States claims that it was not responsible for the fire on the BHR and is forcing CMC to prove that it was negligent, even though it paid NASSCO for all its losses related to the BHR fire. I would like to talk with you at a convenient time concerning your willingness to appear and testify at the trial. Thank you for your time and consideration of my client's request.

Sincerely,

Walt Pennington
wpennington@pennfirm.com

Exhibit F, Page 1 of 1