TARA K. MCGRATH
United States Attorney
KATHERINE PARKER
Assistant United States Attorney
Chief, Civil Division
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 557-7140

BRIAN BOYNTON
Principle Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
Torts Branch, Civil Division, Admiralty
KYLE FRALICK
Trial Attorney
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648
            (415) 436-6647
E-mail: eric.kaufman-cohen@usdoj.gov
        kyle.fralick@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, through the DEPARTMENT OF THE NAVY,<br><br>　　　　Defendant. | Case No.: 3:22-cv-741-LAB-BLM<br><br>IN ADMIRALTY<br><br>DECLARATION OF KYLE FRALICK IN SUPPORT OF THE UNITED STATES' MOTION IN LIMINE NO. 2 TO EXCLUDE NON-DISCLOSED EXHIBITS |

I, Kyle Fralick hereby declare based upon personal knowledge, or information provided to me in my official capacity, as follows:

1. I am a Trial Attorney for the U.S. Department of Justice West Coast Office, Civil Division, Torts Branch, Admiralty Litigation Section. Along with the Attorney-in-Charge of the office, Mr. Eric Kaufman-Cohen, I represent the United States in this matter.

2. On August 30, 2022, Counsel for Plaintiff California Marine Cleaning, Inc. ("Cal Marine") served its initial disclosures on the United States, a true and correct copy of which is attached hereto as Exhibit "A."

3. Through a third-party server, on November 16, 2023, Cal Marine served on the United States a copy of a subpoena directed to National Steel and Shipbuilding Company ("NASSCO"), a true and correct copy of which is attached hereto as Exhibit "B."

4. Through the same third-party server, on November 17, 2023, Cal Marine served on the United States a copy of a subpoena directed to the City of San Diego, a true and correct copy of which is attached hereto as Exhibit "C."

5. Following a meet & confer with Counsel for Cal Marine concerning its subpoenas to NASSCO and the City of San Diego, on November 22, 2023, the United States sent Cal Marine a letter regarding the untimeliness of the subpoenas and the lack of service on the United States, a true and correct copy of which is attached hereto as Exhibit "D."

6. Via email on November 22, 2023, Cal Marine agreed to withdraw its subpoenas to NASSCO and the City of San Diego but was silent regarding the United States' demand that Cal Marine return or destroy any information or documents produced as a result of these subpoenas. A true and correct copy of the email is attached hereto as Exhibit "E."

7. On November 24, 2023, Counsel for Cal Marine sent the United States a letter concerning its subpoenas, a true and correct copy of which is attached hereto as Exhibit "F."

8. Through a third-party server, on December 11, 2023, Cal Marine served on the United States a document containing 805 pages of emails and other information regarding the San Diego Fire Department's response to the *USS Bonhomme Richard* fire, a true and correct copy of which is attached hereto as Exhibit "G."

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 12, 2024

s/ *Kyle Fralick*
KYLE FRALICK
