# Fralick, Kyle (CIV)

| | |
|---|---|
| **From:** | Walt Pennington <wpennington@pennfirm.com> |
| **Sent:** | Wednesday, November 22, 2023 2:16 PM |
| **To:** | Fralick, Kyle (CIV) |
| **Cc:** | Kaufman-Cohen, Eric (CIV) |
| **Subject:** | Re: [EXTERNAL] Re: Cal Marine subpoena to NASSCO_meet and confer request |

Hi Kyle,

Your client is right. My client will withdraw the subpoenas.

Sincerely,
Walt Pennington
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
+1 619 940-6157
wpennington@pennfirm.com
http://www.pennfirm.com

Confidentiality Notice: This email is from a law firm and may contain confidential or privileged information protected by law. If it was not intended for you, please delete it, do not share it, and notify the sender.

On Wed, Nov 22, 2023 at 1:35 PM Fralick, Kyle (CIV) <Kyle.Fralick@usdoj.gov> wrote:

> Hi Walt, please see attached correspondence concerning the position of the United States and authority.
>
>
> Regards,
>
> Kyle
>
> ---
>
> **From:** Walt Pennington <wpennington@pennfirm.com>
> **Sent:** Wednesday, November 22, 2023 10:00 AM
> **To:** Fralick, Kyle (CIV) <Kyle.Fralick@usdoj.gov>
> **Cc:** Kaufman-Cohen, Eric (CIV) <Eric.Kaufman-Cohen@usdoj.gov>
> **Subject:** Re: [EXTERNAL] Re: Cal Marine subpoena to NASSCO_meet and confer request
>
>
> Hi Kyle,

Thanks for your call today. We talked about your client's authority related to the subpoenas. I would appreciate you giving me a few hours to look at your client's authority and review my client's position before calling the court.

Sincerely,
Walt Pennington
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
+1 619 940-6157
wpennington@pennfirm.com
http://www.pennfirm.com

Confidentiality Notice: This email is from a law firm and may contain confidential or privileged information protected by law. If it was not intended for you, please delete it, do not share it, and notify the sender.

On Mon, Nov 20, 2023 at 8:35 AM Fralick, Kyle (CIV) <Kyle.Fralick@usdoj.gov> wrote:

> Hi Walt, please let me know you preference from the dates and time below. I need to schedule other things and cannot hold all of them open.
>
> Regards,
>
> Kyle
>
> ---
>
> **From:** Fralick, Kyle (CIV)
> **Sent:** Friday, November 17, 2023 11:09 AM
> **To:** Walt Pennington <wpennington@pennfirm.com>
> **Cc:** Kaufman-Cohen, Eric (CIV) <Eric.Kaufman-Cohen@usdoj.gov>
> **Subject:** RE: [EXTERNAL] Re: Cal Marine subpoena to NASSCO_meet and confer request
>
> Tuesday, Nov. 21 – 1, 2, or 3 pm
>
> Wednesday, Nov. 22 – 9:30, 10, or 11 am
>
> Regards,

Kyle

**From:** Walt Pennington <wpennington@pennfirm.com>
**Sent:** Friday, November 17, 2023 9:45 AM
**To:** Fralick, Kyle (CIV) <Kyle.Fralick@usdoj.gov>
**Cc:** Kaufman-Cohen, Eric (CIV) <Eric.Kaufman-Cohen@usdoj.gov>
**Subject:** [EXTERNAL] Re: Cal Marine subpoena to NASSCO_meet and confer request

Hi Kyle,

Proposed three different times on at least two days, and I'll pick one of your times to talk.

Sincerely,
Walt Pennington
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
+1 619 940-6157
wpennington@pennfirm.com
http://www.pennfirm.com

Confidentiality Notice: This email is from a law firm and may contain confidential or privileged information protected by law. If it was not intended for you, please delete it, do not share it, and notify the sender.

On Fri, Nov 17, 2023 at 9:26 AM Fralick, Kyle (CIV) <Kyle.Fralick@usdoj.gov> wrote:

> Hi Walt, yesterday you served the government with a copy of the attached subpoena to NASSCO. We request to meet & confer with you regarding this subpoena. Please let me know a day & time you're available.
>
> Thank you.
>
> Kyle Fralick
>
> Trial Attorney

U.S. Dept. of Justice

Torts-Aviation, Space & Admiralty Litigation

San Francisco Field Office

450 Golden Gate Ave., 7th Fl., Rm. 7-5395 (FedEx & UPS)

P.O. Box 36028 (USPS)

San Francisco, CA 94102

Office: 415-436-6647

Cell: 202-993-5172

Kyle.fralick@usdoj.gov