TARA K. MCGRATH
United States Attorney
KATHERINE PARKER
Assistant United States Attorney
Chief, Civil Division
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 557-7140

BRIAN BOYNTON
Principle Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
Torts Branch, Civil Division, Admiralty
KYLE FRALICK
Trial Attorney
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648
          (415) 436-6647
E-mail: eric.kaufman-cohen@usdoj.gov
        kyle.fralick@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC. <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, through the DEPARTMENT OF THE NAVY, <br><br> Defendant. | Case No.: 3:22-cv-741-LAB-BLM <br><br> IN ADMIRALTY <br><br> DECLARATION OF KYLE FRALICK IN SUPPORT OF THE UNITED STATES' MOTION IN LIMINE NO. 5 TO EXCLUDE NON-DISCLOSED EXPERT WITNESSES |

I, Kyle Fralick hereby declare based upon personal knowledge, or information provided to me in my official capacity, as follows:

1. I am a Trial Attorney for the U.S. Department of Justice West Coast Office, Civil Division, Torts Branch, Admiralty Litigation Section. Along with the Attorney-in-Charge of the office, Mr. Eric Kaufman-Cohen, I represent the United States in this matter.

2. On February 3, 2023, the United States served on Plaintiff California Marine Cleaning, Inc. ("Cal Marine") its expert designations, which designate Mr. David Tantrum as an expert for the United States in this case. Cal Marine did not designate any experts at the deadline. A true and correct copy of the United States' expert designation is attached hereto as Exhibit "A."

3. On March 31, 2023, Cal Marine served on the United States its designation of two non-retained experts, a true and correct copy of which is attached hereto as Exhibit "B."

4. By email on March 31, 2023, the United States objected to Cal Marine's late designation of experts. A true and correct copy of this email exchange is attached hereto as Exhibit "C."

5. Following a meet & confer between Counsel, the parties exchanged emails regarding Cal Marine's late expert designations amongst other discovery-related issues. Counsel for Cal Marine suggested setting a new date for expert designations and to reopen expert discovery, which the United States declined to agree to. A true and correct copy of this email exchange is attached hereto as Exhibit "D."

//
//
//
//
//
//

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 12, 2024

_s/ Kyle Fralick_
KYLE FRALICK
