KATHERINE PARKER
Assistant United States Attorney
Chief, Civil Division
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 557-7140

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
KYLE FRALICK
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division, U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648
          (415) 436-6647
E-mail: eric.kaufman-cohen@usdoj.gov
        kyle.fralick@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA MARINE CLEANING, INC. | ) | Case No.: 3:22-cv-00741 LAB BLM |
|---|---|---|
| Plaintiff, | ) | IN ADMIRALTY |
| vs. | ) | |
| UNITED STATES OF AMERICA, through the DEPARTMENT OF THE NAVY, | ) | UNITED STATES' EXPERT DISCLOSURES |
| Defendant. | ) | |

# UNITED STATES' EXPERT DISCLOSURE

Pursuant to ECF No. 8, ¶ 4, Defendant United States of America hereby discloses the below individual(s) who may be called at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

1. Mr. David Tantrum
   Martin Ottawa van Hemmen & Dolan, Inc.
   620 Shrewsbury Ave.
   Tinton Falls, NJ 07701
   732-224-1133

Mr. Tantrum is expected to testify regarding the value of the Plaintiff's alleged lost equipment. His hourly rate is $350.00. Mr. Ttantrum's CV is attached hereto.

## RESERVATIONS

1. To date, Plaintiff has not provided documentation or information the United States has requested in discovery necessary for the United States' expert to determine the reasonable value of Plaintiff's lost equipment. Accordingly, the United States specifically reserves the right to supplement this disclosure in accordance with Fed. R. Civ. P. 26(a)(2)(E) and 26(e), and to submit an expert report in accordance with Fed. R. Civ. P. 26(a)(2)(B) when Plaintiff provides such information.

2. The United States' reserves the right to submit to the aforementioned expert(s) new information or facts that arise during discovery, and to seek a re-evaluation of his or her expert opinion in light of the same.

Dated: February 3, 2023

KATHERINE PARKER
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
Torts Branch, Civil Division, Admiralty

*/s/ Kyle Fralick*
KYLE FRALICK
Trial Attorney
Torts Branch, Civil Division, Admiralty
U.S. Department of Justice

Attorneys for Defendant
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that, on February 3, 2023, a true and correct copy of the foregoing THE UNITED STATES' EXPERT DISCLOSURES was served by U.S. Postal Service and served electronically through email on:

WALT PENNINGTON
PENNINGTON LAW FIRM
3304 30th Street
San Diego, CA 92104-4535
wpennington@pennfirm.com

Attorney for Plaintiff
CALIFORNIA MARINE
CLEANING, INC.

                                    /s/Kyle Fralick
                                    KYLE FRALICK