**WALT PENNINGTON SBN 214470**
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
*Attorney for California Marine Cleaning, Inc., Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>　　　Defendant. | Case No. 3:22-cv-00741-LAB-BLM<br><br>PLAINTIFF CALIFORNIA MARINE CLEANING, INC.'S DESIGNATION OF NON-RETAINED EXPERTS<br><br>Judge:　　　Larry Alan Burns |

## CALIFORNIA MARINE CLEANING, INC'S NON-RETAINED EXPERT DISCLOSURE

Plaintiff California Marine Cleaning, Inc. hereby discloses the below person who may be called at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

Henry Duenas
California Marine Cleaning, Inc.
2049 Main Street
San Diego, CA 92113
(619) 231-8788

Mr. Duenas will testify concerning the equipment needed for California Marine Cleaning, Inc. projects, how the type and quantity of equipment is selected based on the project requirements, the different types of equipment that is used on a project,

selection of equipment from the company's inventory, the transportation of that equipment to and from the site, the storage of equipment at the site, and the use and operation of the equipment at a site. Mr. Duenas' rate is estimated to be, as of this notice, $200 per hour.

Kirk Boettner
California Marine Cleaning, Inc.
2049 Main Street
San Diego, CA 92113
(619) 231-8788

     Mr. Boettner will testify concerning the fair market value of California Marine Cleaning Inc.'s equipment, how California Marine Cleaning Inc.'s is replaced, what equipment can be used on projects, the fair market value and replacement costs for California Marine Cleaning Inc.'s equipment, the employee time allocated to this project, the reasonable value of the employee's time, and the total losses of California Marine Cleaning Inc. Mr. Duenas' rate is estimated to be, as of this notice, $300 per hour.

August 31, 2023

s/ Walt Pennington SBN 214470
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
*Attorney for California Marine Cleaning, Inc., Plaintiff*