# Fralick, Kyle (CIV)

| | |
|---|---|
| **From:** | Kaufman-Cohen, Eric (CIV) |
| **Sent:** | Friday, March 31, 2023 9:45 AM |
| **To:** | Walt Pennington; Fralick, Kyle (CIV) |
| **Subject:** | RE: [EXTERNAL] 22-cv-741 - California Marine Cleaning - Non-Retained Experts |

Thanks Walt.  These disclosures were due back on February 3, almost two months ago.  Additionally, plaintiff has never produced documents on the topics these non-retained expert are expected to testify on, which has seriously prejudiced the United States as our retained expert has had no opportunity to review any documents related to the your client's alleged damages.  As such, should this case go to trial, we will move to exclude any document they relied on, as well as move to exclude their testimony.  Looking forward to our call to the court this afternoon.

**Eric Kaufman-Cohen**
**Attorney in Charge**
**United States Department of Justice**
**Aviation Space & Admiralty**
**West Coast & Pacific Rim Field Office**
**450 Golden Gate Ave., 7th Fl., Rm. 7-5395**
**P.O. Box 36028**
**San Francisco, CA 94102**
**Office Phone: (415) 436-6648**
**Cell: (202) 598-7576**

**From:** Walt Pennington <wpennington@pennfirm.com>
**Sent:** Friday, March 31, 2023 8:00 AM
**To:** Fralick, Kyle (CIV) <Kyle.Fralick@usdoj.gov>; Kaufman-Cohen, Eric (CIV) <Eric.Kaufman-Cohen@usdoj.gov>
**Subject:** [EXTERNAL] 22-cv-741 - California Marine Cleaning - Non-Retained Experts


Sincerely,
Walt Pennington
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
+1 619 940-6157
wpennington@pennfirm.com
http://www.pennfirm.com

Confidentiality Notice: This email is from a law firm and may contain confidential or privileged information protected by law. If it was not intended for you, please delete it, do not share it, and notify the sender.