**Fralick, Kyle (CIV)**

| | |
|---|---|
| **From:** | Kaufman-Cohen, Eric (CIV) |
| **Sent:** | Wednesday, August 9, 2023 11:43 AM |
| **To:** | Walt Pennington |
| **Cc:** | Fralick, Kyle (CIV) |
| **Subject:** | RE: [EXTERNAL] Re: Cal Marine |

Walt:

We won't agree to reopen expert discovery. You can put it in the discovery plan, but we will certainly add our objection.

**Eric Kaufman-Cohen**
**Attorney in Charge**
**United States Department of Justice**
**Aviation Space & Admiralty**
**West Coast & Pacific Rim Field Office**
**450 Golden Gate Ave., 7th Fl., Rm. 7-5395**
**P.O. Box 36028**
**San Francisco, CA 94102**
**Office Phone: (415) 436-6648**
**Cell: (202) 598-7576**

---

**From:** Walt Pennington <wpennington@pennfirm.com>
**Sent:** Wednesday, August 09, 2023 11:37 AM
**To:** Kaufman-Cohen, Eric (CIV) <Eric.Kaufman-Cohen@usdoj.gov>
**Cc:** Fralick, Kyle (CIV) <Kyle.Fralick@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Cal Marine

Then the agreement needs to extend the time for expert designation. My client wants to address that issue now, so it is not a trial issue. My client proposes an expert designation in 30 days.

Sincerely,
Walt Pennington
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
+1 619 940-6157
wpennington@pennfirm.com
http://www.pennfirm.com

Confidentiality Notice: This email is from a law firm and may contain confidential or privileged information protected by law. If it was not intended for you, please delete it, do not share it, and notify the sender.

On Wed, Aug 9, 2023, 11:27 AM Kaufman-Cohen, Eric (CIV) <Eric.Kaufman-Cohen@usdoj.gov> wrote:

Walt:

Exhibit D, Page 1 of 4

As to issue 1, your expert disclosure was over a month late, so we won't waive our right to move to exclude it at trial.

As for topic 2, I don't see an issue in producing those documents.  I just need to confirm with our client agency.

**Eric Kaufman-Cohen**

**Attorney in Charge**

**United States Department of Justice**

**Aviation Space & Admiralty**

**West Coast & Pacific Rim Field Office**

**450 Golden Gate Ave., 7th Fl., Rm. 7-5395**

**P.O. Box 36028**

**San Francisco, CA 94102**

**Office Phone: (415) 436-6648**

**Cell: (202) 598-7576**

---

**From:** Walt Pennington <wpennington@pennfirm.com>
**Sent:** Wednesday, August 09, 2023 11:10 AM
**To:** Kaufman-Cohen, Eric (CIV) <Eric.Kaufman-Cohen@usdoj.gov>
**Subject:** [EXTERNAL] Re: Cal Marine

Hi Eric,

I'd like to address two issues with you that came up since the close of discovery.

1. I think your client had an objection to the experts from my client. If your client is still objecting to my client's experts because you're claiming the notice was untimely, then I want to address that now so that your clients can take the depositions or whatever else is needed. If your client agrees that the notice was timely, than that issue is resolved.

2. Your client paid all of the other contractors under a request for equitable adjustment (REA). I'd like to have a degree that you will provide the claims submitted by the contractor on behalf of all the subcontractors, the amounts claimed, the amounts paid, and all documents related to the REA and payments.

Exhibit D, Page 2 of 4

If we can't agree on number two, then I need to open discovery to allow me to get that information from your client.

Sincerely,
Walt Pennington
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
+1 619 940-6157
wpennington@pennfirm.com
http://www.pennfirm.com

Confidentiality Notice: This email is from a law firm and may contain confidential or privileged information protected by law. If it was not intended for you, please delete it, do not share it, and notify the sender.

On Tue, Aug 8, 2023, 2:22 PM Kaufman-Cohen, Eric (CIV) <Eric.Kaufman-Cohen@usdoj.gov> wrote:

Walt:

Attached is my stab at a joint discovery plan. We have to file it tomorrow (Aug 9). Let me know if you have any comments or edits.

**Eric Kaufman-Cohen**

**Attorney in Charge**

**United States Department of Justice**

**Aviation Space & Admiralty**

**West Coast & Pacific Rim Field Office**

**450 Golden Gate Ave., 7th Fl., Rm. 7-5395**

**P.O. Box 36028**

**San Francisco, CA 94102**

**Office Phone: (415) 436-6648**

**Cell: (202) 598-7576**

Exhibit D, Page 3 of 4