1  TARA K. MCGRATH
   United States Attorney
2  KATHERINE PARKER
   Assistant United States Attorney
3  Chief, Civil Division
   880 Front Street, Room 6293
4  San Diego, CA 92101
   Telephone: (619) 557-7140
5
6  BRIAN BOYNTON
   Principle Deputy Assistant Attorney General
7  ERIC KAUFMAN-COHEN
   Attorney in Charge, West Coast Office
8  Torts Branch, Civil Division, Admiralty
   KYLE FRALICK
9  Trial Attorney
   U.S. Department of Justice
10 P.O. Box 36028
   450 Golden Gate Avenue, Room 7-5395
11 San Francisco, California 94102-3463
   Telephone: (415) 436-6648
12         (415) 436-6647
   E-mail: eric.kaufman-cohen@usdoj.gov
13         kyle.fralick@usdoj.gov
14
15 Attorneys for Defendant
   United States of America
16

17            UNITED STATES DISTRICT COURT

18          SOUTHERN DISTRICT OF CALIFORNIA

19

20 CALIFORNIA MARINE CLEANING,)  Case No.: 3:22-cv-741-LAB-BLM
   INC.                       )
21                            )  IN ADMIRALTY
                              )
22        Plaintiff,          )
23     vs.                    )
                              )  DECLARATION OF KYLE FRALICK
24 UNITED STATES OF AMERICA,  )  IN SUPPORT OF THE UNITED
   through the DEPARTMENT OF THE)  STATES' MOTION IN LIMINE NO. 6
25 NAVY,                      )  TO EXCLUDE NAVY'S COMMAND
26        Defendant.          )  INVESTIGATION AND MAJOR
27                            )  FIRES REVIEW
                              )
28

I, Kyle Fralick hereby declare based upon personal knowledge, or information provided to me in my official capacity, as follows:

1. I am a Trial Attorney for the U.S. Department of Justice West Coast Office, Civil Division, Torts Branch, Admiralty Litigation Section. Along with the Attorney-in-Charge of the office, Mr. Eric Kaufman-Cohen, I represent the United States in this matter.

2. On August 30, 2022, Counsel for Plaintiff California Marine Cleaning, Inc. ("Cal Marine") served its initial disclosures on the United States, a true and correct copy of which is attached hereto as Exhibit "A."

3. Exhibit 33 to Cal Marine's initial disclosures is titled "Major fires review dated 2021 07 15." A true and correct copy of the exhibit is attached hereto as Exhibit "B."

4. Exhibit 34 to Cal Marine's initial disclosures is titled "Department of the Navy command investigation in the BHR fire dated 2021 09 15." A true and correct copy of the exhibit is attached hereto as Exhibit "C."

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 12, 2024

s/ *Kyle Fralick*
KYLE FRALICK

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2024, a true and correct copy of the foregoing DECLARATION OF KYLE FRALICK IN SUPPORT OF THE UNITED STATES' MOTION *IN LIMINE* NO. 6 TO EXCLUDE THE NAVY'S COMMAND INVESTIGATION AND MAJOR FIRES REVIEW was served electronically through CM/ECF on:


    WALT PENNINGTON
    wpennington@pennfirm.com
    PENNINGTON LAW FIRM

    Attorney for Plaintiff
    CALIFORNIA MARINE
    CLEANING, INC.


              */s/Kyle Fralick*
              KYLE FRALICK