**WALT PENNINGTON SBN 214470**
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
*Attorney for California Marine Cleaning, Inc., Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC. <br>     Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA <br>     Defendant. | Case No. 3:22-cv-00741-JO-BLM <br><br> DECLARATION OF WALT PENNINGTON IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION <br><br> Judge:      Jinsook Ohta |

I, Walt Pennington, hereby declare based upon personal knowledge, or information provided to me in my official capacity, as follows:

1. I called Defendant's counsel, Kyle Fralick on Tuesday, April 30, 2024 to meet and confer concerning the motion for a Rule 104 hearing.

2. Kyle Fralick returned my call. I asked if Defendant United States would stipulate to the admissibility of the 434 page Command Investigation into the Fire Aboard USS Bonhomme Richard (LHD-6) 12 July 2020 ("BHR July 2020 Fire Report") or the five and one-half pages of the Executive Summary within that report. Defendant refused to stipulate to the admission of either document.

Plaintiff California Marine Cleaning's Ex Parte Motion to Allow A Rule 104 Hearing Concerning The Admission of an Opposing Party's Statement (FRE 801 (d)(2)) and to Admit Public Records (FRE 803 (8)); Memorandum of Points and Authorities

3. Then asked if Defendant would stipulate that the Command Investigation into the Fire Aboard USS Bonhomme Richard (LHD-6) 12 July 2020 or the Executive Summary was relevant, authentic or was not hearsay. Defendant refused.

4. I told Mr. Fralick that Plaintiff would be contacting the court concerning the Rule 104 hearing.

5. It is Plaintiff's counsel's understanding that Defendant will oppose the admission into evidence of the five and one-half page Executive Summary and the 434 page BHR July 2020 Fire Report.

By 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: May 1, 2024

*/s/ Walt Pennington*

Walt Pennington

Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535