**WALT PENNINGTON SBN 214470**
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
*Attorney for California Marine Cleaning, Inc., Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC.<br>    Plaintiff,<br>v.<br>UNITED STATES OF AMERICA<br>    Defendant. | Case No. 3:22-cv-00741-JO-BLM<br><br>DECLARATION OF WALT PENNINGTON IN SUPPORT OF PLAINTIFF'S MOTION TO ADMIT AN OPPOSING PARTY'S STATEMENT (FRE 801 (d)(2)) AND TO ADMIT PUBLIC RECORDS (FRE 803 (8))<br><br>Judge:        Jinsook Ohta |

I, Walt Pennington, hereby declare based upon personal knowledge, or information provided to me in my official capacity, as follows:

2. Exhibit 1 is a true and correct copy of the Executive Summary that was part of the Command Investigation into the Fire Aboard USS Bonhomme Richard (LHD-6) 12 July 2020 that was provided by Defendant United States in its Federal Rule 26 initial disclosures.

By 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: May 8, 2024

*[signature]*

Walt Pennington