**WALT PENNINGTON SBN 214470**
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
*Attorney for California Marine Cleaning, Inc., Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC.<br>   Plaintiff,<br>v.<br>UNITED STATES OF AMERICA<br>   Defendant. | Case No. 3:22-cv-00741-JO-BLM<br><br>PLAINTIFF'S REQUEST FOR JUDICIAL<br><br>Judge:    Jinsook Ohta |

Plaintiff California Marine Cleaning, Inc. through its attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. Exhibit 1, the five and one-half page Executive Summary that was part of the United States' Navy's Command Investigation into the Fire Aboard USS Bonhomme Richard (LHD-6) 12 July 2020.

May 8, 2024

s/ Walt Pennington SBN 214470
Pennington Law Firm
3304 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
*Attorney for California Marine Cleaning, Inc., Plaintiff*