TARA K. MCGRATH
United States Attorney
KATHERINE PARKER
Assistant United States Attorney
Chief, Civil Division
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 557-7140

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
KYLE FRALICK
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division, U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648/(415) 436-6647
E-mail: eric.kaufman-cohen@usdoj.gov
       kyle.fralick@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC., <br> Plaintiff, <br> vs. <br> UNITED STATES OF AMERICA, THROUGH THE DEPARTMENT OF THE NAVY, <br> Defendant. | Case No.: 3:22-cv-00741-JO-BLM <br><br> In Admiralty <br><br> DECLARATION OF ERIC KAUFMAN-COHEN IN SUPPORT OF UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION TO ADMIT AN OPPOSING PARTY'S STATEMENT (FRE 801 (d)(2)) AND AS A PUBLIC RECORD (FRE 803 (8)) (ECF 66) <br><br> Date:  May 15, 2024 at 9:30 a.m. <br> Courtroom 4 <br> HON. Jinsook Ohta presiding |

DECLARATION OF ERIC KAUFMAN-COHEN
ISO OF OPPOSITION TO MOTION ADMIT
OPPOSING PARTY'S STATEMENT                    Case No.: 3:22-cv-00741-JO-BLM

I, Eric Kaufman-Cohen hereby declare as follows:

1. I am one of the attorneys for defendant the United States of America in this action. I have personal knowledge of the matters stated herein.

2. Attached hereto as Exhibit "A" is a true and correct copy of a certified copy of the transcript of Motion *in Limine* Hearing Final Pretrial Conference held on April 12, 2024, 7:7 – 8:11.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 13th day of May, 2024

/s/Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN

DECLARATION OF ERIC KAUFMAN-COHEN
ISO OF OPPOSITION TO MOTION ADMIT
OPPOSING PARTY'S STATEMENT                    Case No.: 3:22-cv-00741-JO-BLM

# CERTIFICATE OF SERVICE

I hereby certify that, on May 13, 2024, a true and correct copy of the foregoing DECLARATION OF ERIC KAUFMAN-COHEN IN SUPPORT OF THE UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION TO ADMIT AN OPPOSING PARTY'S STATEMENT (FRE 801 (d)(2)) AND AS A PUBLIC RECORD (FRE 803 (8)) (ECF 66) was served electronically through CM/ECF on:

WALT PENNINGTON
wpennington@pennfirm.com
PENNINGTON LAW FIRM

Attorney for Plaintiff
CALIFORNIA MARINE
CLEANING, INC.

                              */s/Eric Kaufman-Cohen*
                              ERIC KAUFMAN-COHEN