```
                    UNITED STATES DISTRICT COURT

              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

                 BEFORE THE HONORABLE JINSOOK OHTA

                      DISTRICT JUDGE PRESIDING

_____
                               )
CALIFORNIA MARINE CLEANING,    ) Case No.: 22-CV-00741-JO-BLM
INC.,                          )
                               ) MOTION IN LIMINE HEARING
              Plaintiff,       ) FINAL PRETRIAL CONFERENCE
                               )
         v.                    ) FRIDAY, APRIL 12, 2024
                               )
UNITED STATES OF AMERICA,      )
                               )       CERTIFIED
              Defendant.       )       TRANSCRIPT
_____)

           REPORTER'S CORRECTED TRANSCRIPT OF PROCEEDINGS

                       PAGES 1 THROUGH 42




    Reported By:        Cristine R. Gerongco, RPR, CSR
                        United States District Court
                        Southern District of California
                        333 West Broadway, Suite 420
                        San Diego, California 92101-3806

    Proceedings recorded by mechanical stenography.
    Transcript produced by computer-aided transcription.
```

```
 1   APPEARANCES:

 2      For the Plaintiff:        PENNINGTON LAW FIRM
                                  By:  WALTER ALLEN PENNINGTON, ESQ.
 3                                3304 30th Street
                                  San Diego, California 92104
 4                                (619) 940-6157
                                  wpennington@pennfirm.com
 5

 6      For the Defendant:        U.S. DEPARTMENT OF JUSTICE
                                  CIVIL DIVISION
 7                                AVIATION, SPACE & ADMIRALTY
                                  LITIGATION
 8                                By:  KYLE FRALICK, ESQ.
                                       Trial Attorney
 9                                     ERIK KAUFMAN-COHEN, ESQ.
                                       Attorney in Charge
10                                450 Golden Gate Avenue
                                  Room 7-5395
11                                P.O. Box 36028
                                  San Francisco, California 94102
12                                (202) 993-5172
                                  kyle.fralick@usdoj.gov
13                                (202) 598-7576
                                  eric.kaufman-cohen@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   to have a really good opinion, I would have had X, Y, and Z.
 2   But in the absence of that data, based on what little we have,
 3   this is my opinion."  If you are planning to go that route, then
 4   that needed to have been disclosed.
 5        So, it's my inclination to grant the Plaintiff's motion in
 6   limine in that regard.
 7        And finally, that leaves us with the investigations.  The
 8   first one that is specific to this particular incident, and the
 9   second one that is more about a -- the Navy's exploration of
10   previous fire incidence.  With regard to those, the Court's
11   inclination is to reserve.
12        The Court does not plan on -- the Court does not plan on
13   admitting that document wholesale, nor does it plan on rejecting
14   that document wholesale.  As Government points out, there will
15   be portions of that document that are double hearsay and
16   inadmissible double hearsay, but there will be large portions of
17   that document that are party admissions.
18        And so, what I will be requiring at trial is for Plaintiff
19   to specifically point to specific lines within certain pages and
20   articulate for the Court what you wish me to draw from that
21   specific content.  And then, I can give you the Court's ruling
22   on whether it will do so based on rules of evidence and concerns
23   about prejudicial nature versus probative nature, all of the
24   baseline concerns that the Court uses when it decides what to
25   admit and what to exclude.
```

1       But what is definite right now is, like I said, you're not
2  going to get a ruling from me admitting the whole thing, and
3  you're not getting a ruling from me excluding the whole thing.
4  We're going to take it segment by segment.
5       And, Plaintiff's Counsel, I would highly urge you to make
6  any requests in that regard strategic, discrete, narrowed to
7  what you really need.  Because if you bombard me with a request
8  that is tantamount to me having to go through that whole
9  document, then the arguments that the Government raised about
10 the lack of expert guidance, the confusing nature, all of that,
11 that's going to come to bear.
12      But if you're very strategic and say "Well, here are some
13 summary conclusions," or "Here's an admission here about how
14 that fire started, and here's two lines over here," then you're
15 going to have a better chance of getting specific rulings from
16 me that may survive the rules of evidence and a prejudicial
17 versus probative balancing.
18      So, that's the Court's tentative with regard to the various
19 motions going both ways.  I know the tentative doesn't
20 address -- doesn't address every little -- every little last
21 point, and you will get a ruling from me on all of it at the
22 end, but it -- this should give you enough to -- this should
23 give you enough of a sense of the Court's rulings on the major
24 issues at stake so that you can address your argument
25 accordingly.

```
 1  different ruling with regard to other new people.  Because if
 2  you did that, then they would raise the same objection about
 3  undisclosed witnesses, and I would give the same ruling.  Okay.
 4  Thank you.  We'll see you at trial.
 5          MR. FRALICK:  Thank you, Your Honor.
 6          THE COURT:  Thank you.
 7          MR. PENNINGTON:  Thank you.
 8              (Proceedings were adjourned at 3:45 p.m.)
 9                            -oOo-
10
11                    C E R T I F I C A T E
12          I, Cristine R. Gerongco, certify that I am a duly
13  qualified and acting Official Court Reporter for the United
14  States District Court; that the foregoing is a true and accurate
15  transcript of the proceedings as taken by me in the
16  above-entitled matter on April 12, 2024; and that the format
17  used complies with the rules and requirements of the United
18  States Judicial Conference.
19
20                            Dated:  May 11, 2024
21                            _____
                              Cristine R. Gerongco, RPR
22                            CSR 13517
                              U.S. Official Court Reporter
23
24
25
```