UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MARINE CLEANING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, THROUGH THE DEPARTMENT OF THE NAVY, <br><br> Defendant. | Case No.: 3:22-cv-00741-JO-BLM <br><br> In Admiralty <br><br><br> [~~PROPOSED~~] ORDER |

The Court, having considered the United States' motion for stay of proceedings to enforce the judgment during its appeal, HEREBY FINDS:

(1) The execution of the Court's judgment (ECF No. 84) and proceedings to enforce the judgment, are stayed immediately following expiration of the automatic 30-day stay. The stay will remain in effect until the United States' appeal is final. Fed. R. Civ. P. 62(b).

(2) The United States is not required to furnish a bond or other security in conjunction with this stay. Fed. R. Civ. P. 62(e).

SO ORDERED.

Dated: January 30, 2025

Honorable Jinsook Ohta
United States District Judge