|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 10 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CALIFORNIA MARINE CLEANING, INC.,

      Plaintiff - Appellee,

 v.

UNITED STATES OF AMERICA,

      Defendant - Appellant.

No. 25-1708

D.C. No. 3:22-cv-00741-JO-BLM
Southern District of California, San Diego

ORDER

The motion (Docket Entry No. 15) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT